IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTELL JOHNSON,**<br>　　　　Petitioner,<br>　v.<br><br>**UNITED STATES OF AMERICA,**<br>　　　　Respondent. | **CIVIL NO. 08-5721**<br>**CRIMINAL NO. 99-155** |

### ORDER

**AND NOW,** this 28th day of December, 2009, upon consideration of Petitioner's Habeas Corpus Motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 39], the Government's Response [Doc. No. 42], and Petitioner's Traverse in Opposition [Doc. No. 43], it is hereby **ORDERED** that Petitioner's Motion is **DENIED** as untimely. It is further **ORDERED** that Petitioner's Motion for Addendum [Doc. No. 41] is hereby **DISMISSED** as moot.

The Court finds no ground upon which to issue a certificate of appeal, as Petitioner has not made a substantial showing of the denial of a constitutional right.

The Clerk of the Court is directed to **CLOSE** this case. It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**